**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JOSEPH R. LORDAN, SB# 265610
  E-Mail: Joseph.Lordan@lewisbrisbois.com
ALLISON L. SHRALLOW, SB# 272924
  E-Mail: Allison.Shrallow@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant GOODFELLOW TOP GRADE CONSTRUCTION LLC

**FENWICK & WEST LLP**
J. David Hadden
  E-Mail: dhadden@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone: 415.875-2300
Facsimile: 415.281.1350

**FENWICK & WEST LLP**
Phillip J. Haack
  E-Mail: phaack@fenwick.com
Eric B. Young
  E-Mail: eyoung@fenwick.com
Chieh Tung
  E-Mail: ctung@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875-2300
Facsimile: 415.281.1350

Attorneys for Plaintiff DIANA A. MONROE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DIANA A. MONROE, | CASE NO. 18-cv-07673-LB |
| Plaintiff, | *The Hon. Laurel Beeler* |
| vs. | |
| GOODFELLOW TOP GRADE, | **STIPULATED REQUEST FOR ORDER CONTINUING DATE OF SETTLEMENT CONFERENCE TO OCTOBER 21, 2019; ORDER (AS MODIFIED)** |
| Defendant. | |
| | Trial Date:    May 11, 2020 |

Plaintiff DIANA MONROE, by and through her attorney of record, FENWICK & WEST LLP, and Defendant GOODFELLOW TOP GRADE CONSTRUCTION LLC, by and through its counsel of record, Lewis Brisbois Bisgaard & Smith LLP, desire to change the date of the Mandatory Settlement Conference originally scheduled for September 3, 2019 due to scheduling conflicts.

WHEREAS, the parties have met and conferred and agreed to rescheduling the Mandatory Settlement Conference to October 21, 2019.

NOW, THEREFORE, by and through their undersigned counsel of record, Plaintiff and Defendant hereby stipulate to the following:

The Mandatory Settlement Conference currently scheduled for September 3, 2019 at 10:00 a.m. shall be rescheduled to October 21, 2019 before the Magistrate Judge Donna M. Ryu.

## **ATTESTATION**

All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: June 20, 2019        LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/Allison L. Shrallow*
Joseph R. Lordan
Allison L. Shrallow
Attorneys for Defendant GOODFELLOW TOP GRADE CONSTRUCTION LLC

DATED: June 20, 2019        FENWICK & WEST LLP

By: */s/Chieh Tung*
J. David Hadden
Phillip J. Haack
Eric B. Young
Chieh Tung
Attorneys for Plaintiff DIANA A. MONROE

## ORDER (AS MODIFIED)

**IT IS SO ORDERED**, based on the Stipulation set forth above, and GOOD CAUSE APPEARING, that:

The Mandatory Settlement Conference currently scheduled for September 3, 2019 at 10:00 a.m. before Magistrate Judge Donna M. Ryu shall be rescheduled to October 21, 2019 at 11:30 a.m. of the above-entitled court.

Parties shall comply with the requirements and procedures set forth in this Court's Notice of Settlement Conference and Settlement Conference Order dated June 5, 2019. [*See* Docket No. 31.]

**IT IS SO ORDERED AS MODIFIED.**

DATED: June 24, 2019



DONNA M. RYU
United States Magistrate Judge

# FEDERAL COURT PROOF OF SERVICE

*Diana A. Monroe v. Goodfellow Top Grade*

Northern District, Case No. 18-cv-07673-LB

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action. My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On June 20, 2019, I served the following document(s): **STIPULATED REQUEST FOR ORDER CHANGING DATE OF HEARING TO OCTOBER 21, 2019; PROPOSED ORDER**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| J. David Hadden<br>FENWICK & WEST LLP<br>801 California Street<br>Mountain View, CA 94041 | ***Attorneys for Plaintiff DIANA A. MONROE***<br><br>Telephone: 650.988.8500<br>Facsimile: 650.938.5200<br>Email: dhadden@fenwick.com |
| Phillip J. Haack<br>Eric B. Young<br>Chieh Tung<br>FENWICK & WEST LLP<br>555 California Street, 12th Floor<br>San Francisco, CA 94104 | ***Attorneys for Plaintiff DIANA A. MONROE***<br><br>Telephone: 415.875-2300<br>Facsimile: 415.281.1350<br>Email: phaack@fenwick.com<br>eyoung@fenwick.com<br>ctung@fenwick.com |

The documents were served by the following means:

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on June 20, 2019, at San Francisco, California.

/s/Berenice Barragan
Berenice Barragan

LEWIS BRISBOIS